# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Tarazon-Gastelum**<br>YOB: 1982; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**24-01697MJ** |

Complaint for violation of Title 8, United States Code Section 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about September 18, 2023, at or near Tucson, Arizona, in District of Arizona, **Francisco Tarazon-Gastelum**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California, on 03/22/2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Francisco Tarazon-Gastelum** is a citizen of Mexico. On 03/22/2023, **Francisco Tarazon-Gastelum** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On September 18, 2023, agents found **Francisco Tarazon-Gastelum** in the United States, at or near Tucson, Arizona, without the proper immigration documents. **Francisco Tarazon-Gastelum** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>*/s/ D.O.*<br>OFFICIAL TITLE<br>Deportation Officer |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup><br>*/s/ June D. Maculull* | DATE<br>March 15, 2024 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Curran