ISABEL MICHELA AMSEL
110 South Church Ave. #436
Tucson, Arizona 85701
ISABEL MICHELA AMSEL (Az Bar No: 023945)
Email: *isabelamsel@outlook.com*
Telephone: (520) 400-0721
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United State of America,<br><br>Plaintiff,<br><br>v.<br><br>Rafael Tarazon-Gastellum<br><br>Defendant. | 24-1697M-001<br><br>**WAIVER OF DHPH SET FOR MARCH 26, 2024** |

Defendant, Rafael Tarazon-Gastelum, through undersigned counsel, moves this Court to waive the detention hearing and preliminary hearing set for March 26, 2024; Counsel requests leaves to re-open if there is additional information regarding detention.

DATED this 25th day of March, 2024.

By *s/Isabel Michela Amsel*
Attorney for Defendant

**Distribution: All ECF participants**

1