# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 24-01697MJ-001-TUC-MSA |
| Plaintiff, | **ORDER** |
| v. | |
| Francisco Tarazon-Gastelum, | |
| Defendant. | |

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record (Doc. 10) as to Defendant, Francisco Tarazon-Gastelum, is granted and CJA Attorney, Francisco Leon, is appointed as Counsel of record for Defendant, in the place and stead of CJA Attorney, Isabel M. Amsel.

Dated this 2nd day of April, 2024.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge